JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE

| | |
|---|---|
| JORGE CABRERA, an individual, | Case No. 5:14-cv-02430-VAP (DBTx) |
| Plaintiff, | [Assigned to the Hon. Virginia A. Phillips] |
| v. | [~~PROPOSED~~] ORDER RE: JOINT STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii) |
| COMTRAK LOGISTICS, INC.; HUB GROUP TRUCKING, INC.; HUB GROUP, INC. dba CALIFORNIA HUB GROUP; and DOES 1 to 100, Inclusive, | |
| Defendants. | Complaint Filed: October 1, 2014 |

## ~~[PROPOSED]~~ ORDER

Based on the Joint Stipulation of Dismissal of Plaintiff Jorge Cabrera's Complaint with Prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure filed by Plaintiff Jorge Cabrera and Defendants Comtrak Logistics, Inc.; HUB Group Trucking, Inc.; and HUB Group, Inc. dba California HUB Group, and good cause having been shown, the Court Orders that the above captioned action is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: Feb. 6 , 2015

Virginia A. Phillips
United States District Court Judge

[PROPOSED] ORDER RE: JOINT STIPULATION OF DISMISSAL OF PLAINTIFF'S
COMPLAINT WITH PREJUDICE PURSUANT TO FRCP 41(A)(1)(A)(II)
1